IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER HIRSCHHORN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 13-CV-8387 |
| ) | |
| UNITE HERE LOCAL 1, et al., ) | Judge Ronald A. Guzman |
| ) | |
| Defendants. ) | |

### DEFENDANT CHICAGO HOTEL MANAGEMENT SERVICES COMPANY LLC'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Chicago Hotel Management Services Company LLC, by and through its attorneys Faegre Baker Daniels, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to Dismiss Counts I and II of Plaintiffs' First Amended Complaint. In Support of its Motion, Defendant incorporates herein by reference the Memorandum of Law filed contemporaneously with this motion.

Respectfully submitted,

CHICAGO HOTEL MANAGEMENT
SERVICES COMPANY LLC

s/Thomas J. Posey
One of its Attorneys

Thomas J. Posey (ARDC No. 6280886)
tom.posey@faegrebd.com
Faegre Baker Daniels
311 S. Wacker Dr., Ste. 4400
Chicago, IL 60606
(312) 212-6500
Dated: January 13, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014 I electronically filed foregoing **DEFENDANT CHICAGO HOTEL MANAGEMENT SERVICES COMPANY LLC'S MOTION TO DISMISS COUNTS I AND II OF PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys listed below:

>Jeffrey Friedman
>friedman@jmflaw.com
>Law Office of Jeffrey Friedman, P.C.
>120 S. State St., Ste. 400
>Chicago, IL 60603
>
>Paul L. Moore
>pmore@dcbsf.com
>Davis, Cowell & Bowe, LLP
>595 Market St., Ste. 1400
>San Francisco, CA 94105
>
>N. Elizabeth Reynolds
>reynolds@ask-attorneys.com
>Allison, Slutsky & Kennedy, P.C.
>230 W. Monroe St., Ste. 2600
>Chicago, IL 60606

        s/Thomas J. Posey
          Thomas J. Posey